UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MINDI CHEN and FENGYING GAO,

    JUDGMENT
    19-CV-737 (FB)

    Plaintiffs,

-against-

KIRSTJEN NIELSEN, Secretary of the U.S.
Department of Homeland Security;
L. FRANCIS CISSNA, Acting Director of the U.S.
Citizenship and Immigration Services;
GREGORY A. RICHARDSON, Director of the
Texas Service Center of the U.S. Citizenship and
Immigration Service; and CHRISTOPHER A. WRAY,
Acting Director of the Federal Bureau of Investigation,

    Defendants.
---------------------------------------------------------------X

    An Order of Honorable Frederic Block, United States District Judge, having been filed on July 8, 2019, dismissing this action with prejudice, with each party to bear its own costs, expenses, and fees; it is

    ORDERED and ADJUDGED that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York      Douglas C. Palmer
       July 9, 2019      Clerk of Court

    by:     */s/ Jalitza Poveda*
               Deputy Clerk